

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-54,268-05**

**EX PARTE DONALD RAY WILSON, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS**
**CAUSE NO. C-371-W011933-0591894-D**
**IN THE 371ST DISTRICT COURT FROM TARRANT COUNTY**

*Per curiam.*

**ORDER**

Applicant was convicted of capital murder and sentenced to life imprisonment. The Second Court of Appeals affirmed his conviction. *Wilson v. State*, No. 02-97-00766-CR (Tex. App.—Ft. Worth May 7, 1999). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims three and five are without merit. Therefore, we deny relief.

Applicant's other claims are dismissed pursuant to TEX. CODE CRIM. PRO. Art. 11.07

§4.

Delivered: September 29, 2021

Do not publish